**LAW OFFICES OF ELISE DINARDO**
178 Central Avenue
Jersey City, New Jersey 07307
201-963-9500 (phone)
201-963-5080 (fax)
Attorneys for Defendant, Rashima Wiley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 08-213 (WHW) |
| *Plaintiff,* | (Honorable William H. Walls, U.S.D.J.) |
| vs. | |
| **RASHIMA WILEY** | CONSENT ORDER |
| *Defendant,* | |

THIS MATTER, having brought before the Court upon the application of Elise DiNardo, Esq., attorney for the defendant, Rashima Wiley, for an Order amending the October 24th, 2007 Order Setting Conditions of Release, to reflect Defendant's current address of 875 South 20th Street, 3rd Floor, Newark, New Jersey 07108, and R. Joseph Gribko, A.U.S.A., having consented thereto and for good cause shown;

IT IS ON THIS            8            day of                    2010,

ORDERED that the conditions of release of the defendant Rashima Wiley are hereby amended as follows:

Maintain address at 875 South 20ᵗʰ Street, 3ʳᵈ Floor, Newark, New Jersey 07108

_____
William H. Walls, U.S.D.J.

I HEREBY CONSENT TO THE
FORM AND SUBSTANCE OF
THE WITHIN ORDER

_____
R. Joseph Gribko, A.U.S.A.
United States Attorney's Office

2