**LAW OFFICES OF ELISE DINARDO**
178 Central Avenue
Jersey City, New Jersey 07307
201-963-9500 (phone)
201-963-5080 (fax)
Attorneys for Defendant, Rashima Wiley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA          *Plaintiff,*       vs.   RASHIMA WILEY       *Defendant,* | Criminal No. 08-213 (WHW)   (Honorable William H. Walls, U.S.D.J.)   CONSENT ORDER |

**Walls, Senior District Judge**

Defendant, Rashima Wiley, asks this Court for permission to travel to and stay at La Quinta Inn and Suites, 100 Southwest 12th Avenue, Deerfield Beach, FL 33422 for the 2010 Owens-Coney Family Reunion from June 25th through July 1st, 2010.

It is on this 8 day of June, 2010,

ORDERED that Rashima Wiley may travel to Deerfield Beach, Florida from June 25th, 2010 to July 1st, 2010.

_____
Honorable William H. Walls, U.S.D.J.

\* AUSA Joseph Gribko has no objection.
6/7/2010 via email